DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD VEZINA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1069

[August 13, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 08-017984-CF10C.

Chad Vezina, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025).

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***